In the Matter of State Division of Human Rights, Petitioner, v. Solomon Glick et al., Respondents.—

Hopkins, Acting P. J., Latham, Kleinfeld and Brennan, JJ., concur. Benjamin, J., concurs under the constraint of the decisions cited herein.

Joseph Jones, Appellant, v. Aetna Insurance Company, Respondent.—

Hopkins, Acting P. J., Martuscello, Kleinfeld and Brennan, JJ., concur; Benjamin, J., concurs under constraint of *Murry* v. *Allstate Ins. Co.* (16 A D 2d 958) since he is of the opinion that the enactment of the Motor Vehicle Accident Indemnification Corporation Law (Insurance Law, art. 17-A) possibly mandates a different result. In any event, the matter requires consideration by the Law Revision Commission, seeking legislative relief, if necessary. [59 Misc 2d 698.]